UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.Y.S.,<br><br>　　　　*Petitioner*,<br><br>v.<br><br>Thomas DECKER, New York Field Office Director for U.S. Immigration and Customs Enforcement et al.,<br><br>　　　　*Respondents*. | CASE NO. 21 Civ. 2942 (ER) |

**ORDER GRANTING PETITIONER'S MOTION TO PROCEED ANONYMOUSLY USING INITIALS ONLY**

Petitioner's motion to proceed anonymously using his initials only is GRANTED.

**IT IS SO ORDERED.**

Dated: April 7, 2021
New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge